| Taylor Swift | Taylor Swift | Taylor Swift | Taylor Swift | Ta |
| --- | --- | --- | --- | --- |
| CD Album 1989 | 1989 Singing | 1989 Cover | 1989 Full | Al |



Exhibit 1A SN 86369455
NoN Flaudelent tvaRemark
The real home to
swifts alBum

Visual Search    Save    Share    More

  

Feedback