

### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Oct 25 04:07:21 EDT 2020*

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout   Please logout when you are done to release system resources allocated for you.

Start List At:   OR Jump to record:   **Record 128 out of 321**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# 1989

*[handwritten: Flavourent mark, exhibit 2A, 3rd Page Felony]*

| | |
|---|---|
| **Word Mark** | 1989 |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; musical video recordings; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable audio files featuring music and musical entertainment; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; downloadable ring tones for mobile phones; digital music downloadable from the Internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable multimedia files featuring music; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment. FIRST USE: 20141110. FIRST USE IN COMMERCE: 20141110

IC 015. US 002 021 036. G & S: Guitar picks. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027

IC 016. US 002 005 022 023 029 037 038 050. G & S: Sheet music; song books. FIRST USE: 20141212. FIRST USE IN COMMERCE: 20141212

IC 035. US 100 101 102. G & S: Retail and on-line retail store services featuring audio recordings, video recordings, digital media. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027

IC 041. US 100 101 107. G & S: Entertainment services in the nature of live musical performances; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews in the field of music and musical entertainment; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews relating to a musical artist; fan club services; |

providing non-downloadable digital music via a global communications network; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027

| Field | Value |
|---|---|
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86369161 |
| Filing Date | August 18, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 11, 2015 |
| Registration Number | 5291361 |
| Registration Date | September 19, 2017 |
| Owner | (REGISTRANT) TAS RIGHTS MANAGEMENT, LLC LIMITED LIABILITY COMPANY TENNESSEE 718 THOMPSON LANE SUITE 108256 NASHVILLE TENNESSEE 37204 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Natalya L. Rose |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

*exhibit 2B* (handwritten)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY