

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Oct 25 04:07:21 EDT 2020*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout   Please logout when you are done to release system resources allocated for you.

Start List At:     OR   Jump to record:     **Record 129 out of 321**

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

*[handwritten: Fraudulent mark]*

# 1989

*[handwritten: Exhibit 3A  3rd Degree Felony]*

| | |
|---|---|
| **Word Mark** | 1989 |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Metal key chains. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027 |
| | IC 009. US 021 023 026 036 038. G & S: Sunglasses; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely, mobile phones and mobile computers. FIRST USE: 20150520. FIRST USE IN COMMERCE: 20150520 |
| | IC 014. US 002 027 028 050. G & S: Jewelry; bracelets. FIRST USE: 20141126. FIRST USE IN COMMERCE: 20141126 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Stationery; blank journals; lithographs; art prints; photographs; posters; stickers and decalcomanias; decals; notebooks. FIRST USE: 20161211. FIRST USE IN COMMERCE: 20161211 |
| | IC 018. US 001 002 003 022 041. G & S: Backpacks; handbags; tote bags; all-purpose carrying bags. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027 |
| | IC 020. US 002 013 022 025 032 050. G & S: Pillows. FIRST USE: 20151127. FIRST USE IN COMMERCE: 20151127 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Beverageware; drinking glasses, namely, tumblers. FIRST USE: 20141211. FIRST USE IN COMMERCE: 20141211 |
| | IC 024. US 042 050. G & S: Towels; beach towels; blanket throws; bed blankets; bed linen; household linen; pillow covers. FIRST USE: 20160701. FIRST USE IN COMMERCE: 20160701 |
| | IC 025. US 022 039. G & S: Clothing, namely, jackets, coats, bandanas, headwear, caps, hats, gloves, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, footwear, and tops for children and adults; shoes. FIRST USE: 20161203. FIRST USE IN COMMERCE: 20161203 |

IC 028. US 022 023 038 050. G & S: Christmas tree ornaments and decorations; battery-activated toy LED light sticks. FIRST USE: 20141126. FIRST USE IN COMMERCE: 20141126

IC 035. US 100 101 102. G & S: Retail and on-line retail store services featuring paper goods, household linens, home furnishings, cosmetics, toiletries, clothing, jewelry, key chains, bags, collectibles, memorabilia, toys, printed publications, and printed materials. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027

IC 041. US 100 101 107. G & S: Entertainment services, namely, conducting contests; Entertainment services, namely, providing a website featuring non-downloadable multi-media content in the fields of music and musical entertainment; Entertainment services, namely, providing a website featuring non-downloadable multi-media content relating to a musical artist; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to music and musical entertainment; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to a musical artist; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to music and musical entertainment; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to a musical artist. FIRST USE: 20141027. FIRST USE IN COMMERCE: 20141027

| Field | Value |
|---|---|
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86363039 |
| Filing Date | August 11, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 11, 2015 |
| Registration Number | 5380899 |
| Registration Date | January 16, 2018 |
| Owner | (REGISTRANT) TAS RIGHTS MANAGEMENT, LLC LIMITED LIABILITY COMPANY TENNESSEE 718 THOMPSON LANE SUITE 108256 NASHVILLE TENNESSEE 37204 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Natalya L. Rose |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Exhibit 3B

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY