COMPLAINT NUMBER: 2020-0354434       WARRANT NUMBER: GS919406

PROSECUTOR: Andrew Mullen
DEFENDANT: Daniel James Silva
VICTIM: JAY SCHAUDIES



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### CRIMINAL TRESPASS
### T.C.A. 39-14-405

Personally appeared before me, the undersigned, [Select one] _X_ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _X_ he ___ she [Select one] _X_ personally observed ___ has probable cause to believe that the defendant named above on 05/19/2020 in Davidson County, did intentionally or knowingly enter or remain on the property of another knowing that the defendant did not have the effective consent of the property owner to do so, and that *the probable cause is as follows*:

THE DEFENDANT WAS ON THE PROPERTY AT 2201 HARDING PL. THE PROPERTY IS OWNED BY THE HARDING TRUST GROUP. THE DEFENDANT WAS TRYING TO SERVE FEDERAL RICO VIOLATION PAPERWORK TO THE RESIDENT AT THE HOME WHO IS A VERY WELL KNOWN CELEBRITY. HE WAS EXTREMELY AGITATED AND KEPT SAYING THAT HE WAS HERE TO SERVE THE PAPERWORK AND THAT THERE WAS A FELON IN THE HOME AND NEEDED TO BE ARRESTED. HE HAS BEEN TOLD TO LEAVE THE PROPERTY ON SEVERAL OTHER OCCASIONS THIS YEAR AND PREVIOUS YEARS. TODAY HE WAS ALSO ASKED TO LEAVE MULTIPLE TIME AND REFUSED. AS HE WAS PLACED INTO CUSTODY HE BEGAN SHOUTING IN ANGER AND STATING THAT HE WAS GOING TO HAVE THE OFFICERS JOBS. HE ALSO CONTINUED TO DEMAND THAT THE FEDERAL PAPERS NEEDED TO BE SERVED BY POLICE UNDER FEDERAL LAW AND THAT FAULIRE TO DUE SUCH WOULD CONSTITUITE ACCESORY CHARGES FOR THE OFFICER. OFFICER SPOKE TO THE HEAD OF RISK MANAGEMENT FOR THE GROUP WHO STATED THAT THEY HAVE HIM ON VIDEO PREVIOUSLY THERE AND OF HIM BEING ASKED TO LEAVE AND NOT COME BACK. THE DEFENDANT WAS ADAMANT THAT HE WAS THERE TO SERVE THE PAPERS AND MAKE A CITIZENS ARREST SO HE WAS LEGALLY ALLOWED TO BE THERE. HE WAS TAKEN INTO CUSTODY IN LIEU OF CITATION DUE TO THE LIKELY HOOD THE OFFENSE WOULD CONTINUE.

Prosecutor: Andrew Mullen  212309

Exhibit 4A

---

### ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Criminal Trespass C MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 05/19/2020 20:46:00.

Evan Harris
Magistrate
Norman _____
Judge of the Metropolitan General Sessions Court/Commissioner

CRIMINAL COURT CLERK
2020 MAY 19 PM ____
SERVED